# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

Velda Keith
(Enter above the full name of the plaintiff in this action)

v.

Dodsen Global Inc.
4520 Le Saint Ct.
West Chester, Ohio 45014
(Enter the above full name of the defendant or defendants in this action)

Case No. 1:21CV583
J. McFARLAND
M.J. BOWMAN

COMPLAINT UNDER
42 U.S.C. 2000e-5(f)(1)
Title VII, ADA, FMLA, ADEA

## I. Parties

(In item A below, place your name in the first blank and place your present address and telephone number (or telephone number where you can be reached) where indicated in the following blanks.)

A. Name of Plaintiff  Velda Keith

   Address  833 Smiley, Cincinnati, Ohio 45240

   Telephone No.  513 915 4505

Under 42 U.S.C. 2000e-5(f)(1) suit may only be "brought against the respondent named in the charge" of unlawful employment practice you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunity Commission. ATTACH A COPY OF THE CHARGE YOU FILED WITH THE OHIO CIVIL RIGHTS COMMISSION AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO THIS COMPLAINT. In item B below list the name and address of the employer against whom you filed the charge. In item C below, list the name and address of any other person(s) you named in the charge you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunities Commission.

B. Defendant  Dodsen Global
   (As named in the attached charge)
   Address  4520 Le Saint Court
   West Chester, Ohio 45014

C.  Additional defendants (as named in the attached charge):

_____

_____

_____

## II. The Court has jurisdiction under 42 U.S.C. §2000e-5(f)(1).

A.  The date the notice of right to sue was issued by the Equal Employment Opportunity commission was __6/10/2021__.

B.  The date you received the notice of right to sue was __Approx 6/15/21__.

C.  ATTACH A COPY OF THE NOTICE OF RIGHT TO SUE TO THIS COMPLAINT.

## III. Statement of Claim

The Equal Employment Opportunities Act provides, in part, that

(a) it shall be an unlawful employment practice for an employer --

(1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.

42 U.S.C. §2000e-2(a)(1). Other unlawful employment practices are set out in 42 U.S.C. §2000e-2(a) through (d).

State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

I was discriminated against during my employment due to my race. Disparate treatment, Example Chris Dover and Elijah (LNU). The Company failed to accommodate any disability under Ohio Law. The Company violated the FMLA by not notifying me of my FMLA status and wrongfully terminating me. I was discharged due to my race, disability, and age. The Company also violated

-2-

An FMLA when they fired me.

Brad Lawson and Jan Shaw treated me differently

Lisa Layfield, Safety executive, participated in wrongful acts.

Others were involved I am sure.

IV. **Relief**

(*State briefly exactly what you want the Court to do for you*. Make no arguments. Cite no cases or statutes.)

All available remedies. Lost pay, compensatory damages, punitive damages, reinstatement to my job.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

09/09/21
(Date)

(Signature of Plaintiff)

-3-