IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| VELDA KEITH,<br><br>    Plaintiff,<br><br>v.<br><br>DODSON GLOBAL, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:    Case No. 1:21-cv-583<br>:<br>:    Judge Jeffery P. Hopkins<br>:<br>:<br>: |

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |
| X | **Decision by Court.** | This action was decided by the Court without a trial or hearing. |

**IT IS ORDERED AND ADJUDGED** that pursuant to the April 3, 2023 Order Granting Motion to Dismiss for Lack of Prosecution, this matter is hereby **DISMISSED WITH PREJUDICE.**

Dated: April 3, 2023

                                                      Richard W. Nagel, Clerk of Court
                                                      By: */s/ Karli Colyer*
                                                            Deputy Clerk